UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAFAEL BOCANEGRA,

Defendant.
_____/

Case: 2:22-cr-20523
Judge: Cox, Sean F.
MJ: Patti, Anthony P.
Filed: 10-13-2022 At 04:11 PM
IND SEALED MATTER (SS)

VIOLATION:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

On or about December 8, 2021, in the Eastern District of Michigan, defendant RAFAEL BOCANEGRA, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Ruger (Sturm Ruger), model 10/22 Carbine, .22LR caliber, in violation of Title 18, United States Code, Sections 922(g)(1).

### FORFEITURE ALLEGATION
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture

1

pursuant to Title 18, United States Code, Section 924(d), together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense charged in Count One of this Indictment, Defendant shall forfeit to the United States any firearm or ammunition involved in said offense, including, but not limited to one Ruger (Sturm Ruger), model 10/22 Carbine, .22LR caliber, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney


*s/Tara Mathena Hindelang*
TARA MATHENA HINDELANG
Assistant United States Attorney

Date: October 13, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:22-cr-20523<br>Judge: Cox, Sean F.<br>MJ: Patti, Anthony P.<br>Filed: 10-13-2022 At 04:11 PM<br>IND SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: TMH |

**Case Title:** USA v. RAFAEL BOCANEGRA

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

    ✓ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number:          ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 13, 2022
_____
Date

*(signature)*
Tara Mathena Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9543
Fax:    (313) 226-2372
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.